```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF PUERTO RICO

ALFREDO NERIS RIVERA, et al.,      *
                                   *
     Plaintiffs                    *
                                   *
vs.                                *       CIVIL NO. 05-1355 (JP)
                                   *
UNITED STATES OF AMERICA,          *
                                   *
     Defendants                    *
                                   *
```

### **JUDGMENT**

The Court has before it the parties' "Motion for Voluntary Dismissal" (**No. 36**) and "Stipulation for Compromised Settlement" (No. 37) wherein the parties inform the Court that they have settled this case and the terms thereof.

The motion to dismiss (**No. 36**) is **GRANTED** and the "Stipulation for Compromised Settlement" (No. 37) is incorporated into this Judgment.

Pursuant thereto the Court enters Judgment for plaintiffs Alfredo Neris Rivera and Arody Rolón to have and recover from the defendant the sum of **thirty-one thousand five hundred dollars and no cents ($31,500.00)** to be paid in the manner set forth in the "Stipulation for Compromised Settlement" (No. 37). The Court enters judgment dismissing with prejudice the claims of the Neris Rolón conjugal partnership and Shannahnelly Neris Rolón.

CIVIL NO. 05-1355 (JP)            -2-

This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 28th day of August, 2006.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE
